NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Petersen,<br><br>               Plaintiff,<br><br>v.<br><br>Gurstel Chargo PA,<br><br>               Defendant. | No. CV-16-00794-PHX-JJT<br><br>**ORDER** |

Pursuant to the parties' Joint Stipulation to Dismiss (Doc. 30),

IT IS ORDERED granting the parties' Joint Stipulation to Dismiss (Doc. 30).

IT IS FURHTER ORDERED dismissing the matter with prejudice, with each party to bear its own costs and attorneys' fees.  The Clerk of Court shall close this matter.

Dated this 5th day of January, 2017.

                                            Honorable John J. Tuchi
                                            United States District Judge